UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 26-cv-22533-JB

ADRIAN VALENTINO
MONTILLA-RODRIGUEZ,

      Petitioner,

v.

GARRETT RIPA, Field Office Director of
Enforcement and Removal Operations,
Miami Field Office Immigration and
Customs Enforcement, *et al.*,

      Respondents.

_____/

## ORDER GRANTING IN PART PETITION FOR WRIT OF HABEAS CORPUS

**THIS CAUSE** comes before the Court upon Petitioner Adrian Valentino Montilla-Rodriguez's Verified Petition for Writ of Habeas Corpus (the "Petition"). ECF No. [1]. Petitioner challenges his immigration detention at the Federal Detention Center in Miami, Florida and seeks, among other relief, a bond hearing before an immigration judge or immediate release from custody. *Id.* In particular, Petitioner claims he has been wrongfully denied an individualized bond hearing before an immigration judge and seeks a bond hearing pursuant to 8 U.S.C. § 1226(a). *Id.* In their Response to the Petition, Respondents argue, *inter alia*, that Petitioner is subject to mandatory detention pursuant to 8 U.S.C. § 1225(b)(2)(A). ECF No. [4] at 3–7.

1

The facts and legal arguments of this case are nearly indistinguishable from those considered by the Eleventh Circuit Court of Appeals in *Hernandez Alvarez v. Warden, Federal Detention Center Miami* wherein the Court held that immigrants like Petitioner are entitled to an individualized bond hearing under § 1226(a). *Hernandez Alvarez,* No. 25-14065, 25-14075, 2026 WL 1243395, at *1–2 (11th Cir. May 6, 2026). Given *Hernandez Alvarez,* it is hereby **ORDERED AND ADJUDGED** as follows:

1.     The Petition, ECF No. [1], is **GRANTED IN PART**. Petitioner falls under 8 U.S.C. § 1226(a), and accordingly, Respondents shall promptly afford Petitioner an individualized bond hearing consistent with 8 U.S.C. § 1226(a) within seven days of this Order or otherwise release Petitioner.

2.     Respondents shall, within 24 hours of the bond hearing, file a Status Report indicating the outcome of the bond hearing and, if release on bond is denied, the reason(s) for the denial.

3.     Any remaining claims in the Petition are **DISMISSED WITHOUT PREJUDICE**.

4.     Any pending motions are **DENIED AS MOOT**.

5.     The     Clerk     is     directed     to     **CLOSE**     this     case.

      **DONE AND ORDERED** in Chambers at Miami, Florida this 11th day of May, 2026.

_____

JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE